UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                Case No. 21-30082
                                                Originating No. 3:21-cr-00036-01

**ROMEL RAMBUS**
    **aka BAGBOY MELL,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ROMEL RAMBUS,** to answer to charges pending in another federal district, and states:

1. On **February 20, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)—Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §848(a) and 848(c)-Continuing Criminal Enterprise, 18 U.S.C. §1956(h)-Money Laundering Conspiracy and Forfeiture Allegation.**

  2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

  WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

           Respectfully submitted,

           SAIMA S. MOHSIN
           Acting United States Attorney


           s/Robert VanWert
           Assistant U.S. Attorney
           211 W. Fort Street, Suite 2001
           Detroit, MI 48226
           Robert.vanwert@usa.doj.gov
           (313) 226-9776


Dated: February 22, 2021